IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WEST MAUI RESORT PARTNERS, L.P., a Delaware limited partnership, | ) ) ) ) | CIVIL NO. CV06 00482BMK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| ADVANCED STRUCTURES INCORPORATED, a Texas corporation; ARB, INC., a California corporation; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; and DOE ENTITIES 1-50, | ) ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) ) | |
| ADVANCED STRUCTURES INCORPORATED, nka INNOVATIVE CONSTRUCTS, INC., a Texas corporation, | ) ) ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| ARB, INC.; ENER-TECH METALS, INC.; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; and DOE ENTITIES 1-50, | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) ) ) | |

ORDER CONFIRMING GOOD FAITH SETTLEMENT

Findings and Recommendation having been filed and served on all parties on March 3, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Court confirms the good faith settlement found by Magistrate Judge Kevin S.C. Chang in the "Finding and Recommendation To Grant Defendant ARB, INC.'S Petition For Determination Of Good Faith Settlement And For Dismissal Of All Cross-Claims and Third-Party Claims" filed on March 3, 2009.  ARB, Inc.'s Petition For Determination of Good Faith Settlement and For Dismissal of All Cross-Claims and Third-Party Claims Against Defendant ARB, Inc. is therefore GRANTED.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, April 6, 2009.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge